# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

LEROY K. BERRA,
*Plaintiff*

v.

SPOKANE COUNTY SHERIFF'S DEPARTMENT and JOHN C. McGRATH,
*Defendant*

Civil Action No. 2:17-CV-0319-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☑ other:

The complaint at ECF No. 13 is DISMISSED with prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

❒ tried by Judge __________ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Date: February 22, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen